FILED
2011 SEP -1 AM 10:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO SANCHEZ APARISIO, <br><br> Defendant. | Case No. 10CR4064-BTM <br><br> ORDER OF DISMISSAL OF INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant GUSTAVO SANCHEZ APARISIO, be dismissed without prejudice.

DATED: September 1, 2011

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge